FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BRUCE ARMAND CERNY,<br><br>            Petitioner,<br><br>            v.<br><br>CALIFORNIA BOARD OF PRISON<br>TERMS, et al.,<br><br>            Respondents. | No. CV 06-6891 R (AJW)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and respondent's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: *June 24, 2010*

Manuel Real
United States District Judge