FILED
CLERK, U.S. DISTRICT COURT

JUN 24 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE ARMAND CERNY, | Case No. CV 06-6891-R(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| BOARD OF PRISON TERMS, et al., | |
| Respondents. | |

It is hereby adjudged that the petition for a writ of habeas corpus is granted, and respondent is directed to release petitioner on parole within thirty (30) days of the date of entry of judgment.

Dated: June 24, 2010

_____
Manuel Real
United States District Judge